UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
:
: ORDER OF REFERENCE
: TO A MAGISTRATE JUDGE
Plaintiff,  JAY BRADSHAW :
: 08-5518     ( BSJ ) ( HBP )
  -v- :
:
:
Defendant.  OFFICER McQUEEN 17516, et al :
:
:
x
-----------------------------------------------------------------

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| ☒ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ☐ | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ☐ | Specific Non-Dispositive Motion/Dispute:* | ☐ | Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose:_____ |
| | _____ | ☐ | Habeas Corpus |
| | _____ | ☐ | Social Security |
| ☐ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ Settlement* | ☐ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion:_____ |
| ☐ | Inquest After Default/Damages Hearing | | All such motions: _____ |

*Do not check if already referred for general pretrial.

Dated  July 14, 2008

SO ORDERED:

*/s/ Barbara S. J.*
United States District Judge

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/08
```