```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
JAY BRADSHAW,                       :
                                    :
                 Plaintiff,         :
                                    :    08 Civ. 5518 (BSJ)
           v.                       :
                                    :         Order
OFFICER MCQUEEN, et al.,            :
                                    :
                 Defendants.        :
------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/13/09

BARBARA S. JONES
UNITED STATES DISTRICT JUDGE

Pursuant to a briefing schedule endorsed by the Court on March 9, 2009, Defendants filed a Motion for Judgment on the Pleadings on April 7, 2009. Plaintiff was ordered to file opposition papers by May 6, 2009. Plaintiff has not filed any opposition.

If Plaintiff fails to respond to the motion by December 15, 2009, the Court will decide the motion unopposed.

SO ORDERED:

*[signature]*

BARBARA S. JONES
UNITED STATES DISTRICT JUDGE

Dated:   New York, New York
         October 13, 2009

1